154 P.3d 432

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**March 20, 2007**

| 26848 | State v. Allison | Affirmed |
|---|---|---|

**March 21, 2007**

| 27913 | D.T., In re | Affirmed |
|---|---|---|
| 27138 | State v. Kalili | Affirmed |
| 27571 | Wasson ex rel. T.P. v. T.H. | Affirmed |
| 27129 | Wilton v. State | Affirmed |

**March 22, 2007**

| 27452 | State v. Baybado | Affirmed |
|---|---|---|

**March 23, 2007**

| 27020 | State v. Mathias | Affirmed |
|---|---|---|

**March 28, 2007**

| 27896 | State v. Robinson | Reversed |
|---|---|---|
| 27471 | State v. Tenn | Affirmed |

**March 29, 2007**

| 27321 | State v. Robertson | Reversed, Affirmed, Vacated and Remanded |
|---|---|---|
| 26639 | State v. Tulia | Affirmed |

**April 2, 2007**

| 27939 | S.K., In re | Affirmed |
|---|---|---|

**April 4, 2007**

| 27879 | Kaiser v. Kaiser | Affirmed |
|---|---|---|
| 27886 | Sumi v. Chow | Affirmed |